UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON BINKLEY CASH,

    Plaintiff,

v.                           CASE NO. 8:09-CV-985-T-17EAJ

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 19    Report and Recommendation

This case is a review of the final decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income benefits. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the decision of the Commissioner of Social Security be affirmed, and the case dismissed, with each party to bear its own costs and expenses, and entry of a final judgment in favor of Defendant, consistent with 42 U.S.C. Sec. 405(g).

The Court has independently examined the pleadings, and has reviewed the administrative record. No objections to the Report and Recommendation, which was entered on May 27, 2010, have been filed. After consideration, the Court adopts the Report and

Case No. 8:09-CV-985-T-17EAJ

Recommendation, which is incorporated herein by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** herein. The decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income benefits is **affirmed**. This case is **dismissed with prejudice,** each party to bear its own attorney's fees and costs. The Clerk of Court shall enter a final judgment in favor of Defendant Michael J. Astrue, Commissioner of Social Security Administration, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of June, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record